**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Ethel Jeraldine Matthews-Washington and Mary Loretta Adams-Jenkins,<br><br>Plaintiffs,<br><br>vs.<br><br>Wells Fargo Bank N.A.; Mortgage Electronic Registration Systems, Inc. and Federal Home Loan Mortgage Corporation,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:10-cv-1262-ODE-WEJ |

**J U D G M E N T**

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation as to the Defendants' Motion for Judgment on the Pleadings, and the court having adopted said recommendation and granted said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendants recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 4th day of August, 2011.

JAMES N. HATTEN
CLERK OF COURT

By: s/ B. Graves
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 4, 2011
James N. Hatten
Clerk of Court

By: s/ B. Graves
Deputy Clerk